IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSCIENT PHARMACEUTICALS CORPORATION and GUARDIAN II ACQUISITION CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ANTARA BIOSCIENCES INC., <br><br> Defendant. | CIVIL ACTION NO. _____ <br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Oscient Pharmaceuticals Corporation and Guardian II Acquisition Corporation state they have no parent corporation and no publicly held corporation owns ten percent or more of their stock.

Albert H. Manwaring, IV (De Bar #4339)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone No. (302) 777-6500
Facsimile No. (302) 421-8390

Michael J. Leonard, Esq.
Vincent V. Carissimi, Esq.
Loralene White, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone No. (215) 981-4000

Attorneys for Plaintiffs Oscient Pharmaceuticals Corporation and Guardian II Acquisition Corporation

Dated: May 4, 2007

#8542882 v1