IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSCIENT PHARMACEUTICALS CORPORATION and GUARDIAN II ACQUISITION CORPORATION,<br><br>                Plaintiffs,<br><br>v.<br><br>ANTARA BIOSCIENCES INC.,<br><br>                Defendant. | Civil Action No. 07-249 (GMS)<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Oscient Pharmaceuticals Corporation ("Oscient") and Guardian II Acquisition Corporation ("Guardian"), pursuant to Federal Rule of Court Procedure 41(a)(1), hereby gives notice that this action shall be and hereby is dismissed with prejudice in the above-captioned matter without costs to any party.

Dated: August 30, 2007

                                                                      Albert H. Manwaring, IV (#4339)
                                                                      Thomas H. Kovach (#3964)
                                                                      PEPPER HAMILTON LLP
                                                                      Hercules Plaza, Suite 5100
                                                                      1313 Market Street
                                                                      P.O. Box 1709
                                                                      Wilmington, DE 19801-1151
                                                                      Telephone No. 302.777.6500
                                                                      Facsimile No. 302.421.8390

Michael J. Leonard
Vincent V. Carissimi
Loralene White
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
Telephone No. 215.981.4000

                                                              *Attorneys for Plaintiffs*
                                                              *Oscient Pharmaceuticals Corp. and*
                                                              *Gaurdian II Acquisition Corp.*

#8839481 v1